JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOTTIE COLES,                                              )        Case No. EDCV 14-1488-KK
                                                          )
                              Plaintiff,                    )
                                                          )
                    v.                                     )                JUDGMENT
                                                          )
CAROLYN W. COLVIN, Acting                                   )
Commissioner of Social Security,                           )
                                                          )
                              Defendant.                   )
_____ )

     Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further proceedings.


Dated:  June 9, 2015

_____

Hon. Kenly Kiya Kato
United States Magistrate Judge